**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAP, | No.   C-07-1836 MJJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| THOMAS C. GRAVER, et al., | |
| Defendants. | |

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

If plaintiff fails to file a written response to this order to show cause by July 31, 2007 , the case shall be dismissed for failure to prosecute.  The Case Management Conference previously scheduled for July 24, 2007 is hereby VACATED.

**IT IS SO ORDERED.**

Dated: July 11, 2007

MARTIN J. JENKINS
United States District Judge