WILLIAM R. HILL, #114954
rock@donahue.com
JOHN C. KIRKE, #175055
johnk@donahue.com
ARIANA SELDMAN HAWBECKER, 190506
ariana@donahue.com
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, California 94612-3570
P.O. Box 12979
Oakland, California 94604-2979
Telephone: (510) 451-0544
Facsimile: (510) 832-1486

Attorneys for Plaintiff
ZAP, a California corporation

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAP, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS C. GRAVER, an individual, and AUTO AMERICA GROUP, INC. a Nevada corporation,<br><br>Defendants. | CASE NO. C07-01836 MJJ<br><br>**NOTICE OF DISMISSAL OF COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR TRADEMARK VIOLATIONS** |

///
///
///
///
///
///
///
///
///

NOTICE OF DISMISSAL — CASE NO. C07-01836 MJJ

1     Plaintiff ZAP, by and through its attorneys of record, dismisses this action in its entirety
2 pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

3 Dated: July 11, 2007           DONAHUE GALLAGHER WOODS LLP

By: _____
John C. Kirke
Attorneys for Plaintiff
ZAP

Dated: 7/31/2007

IT IS SO ORDERED

Judge Martin J. Jenkins

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOTICE OF DISMISSAL          CASE NO. C07-01836 MJJ